THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JIMMIE McNEIL, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action |
| | : | No. 5:10-cv-95 (CAR) |
| DR. BESS, PA ROVER, | : | |
| WARDEN WILLIAM TERRY, | : | |
| D.O.C. COMM. BRIAN OWENS, | : | |
| MED. DIR. NEWMAN, and | : | |
| DR. SHARON LEWIS, | : | |
| | : | |
|     Defendants. | : | |
| _____ | : | |

## ORDER ON RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 7] to dismiss Plaintiff's claims against Defendants Bess, Terry, Owens, and Lewis. Plaintiff has not entered an objection to the Recommendation. Upon review of the Recommendation and consideration of Plaintiff's Complaint, the Court agrees with the findings and conclusions of the United States Magistrate Judge. The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Plaintiff's claims against Defendants Bess, Terry, Owens, and Lewis are hereby **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2). Plaintiff's claims against Defendants Rover and Newman shall go forward.

It is SO ORDERED this 21st day of July, 2010.

                                            S/ C. Ashley Royal
                                            C. ASHLEY ROYAL, JUDGE
                                            UNITED STATES DISTRICT COURT

chw