**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON  DIVISION**

| | | |
|---|---|---|
| **JIMMIE MCNEIL,** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action No.** |
| | : | **5:10-CV-95 (CAR)** |
| **v.** | : | |
| | : | |
| **FREDERICK ROVNER** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

_____

**ORDER ON THE RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 34] that Defendants' Motion for Summary Judgment [Doc. 26] be **GRANTED**.  Though Plaintiff failed to respond to Defendants' Motion, he filed an Objection [Doc. 35] to the Recommendation. Defendants then filed a Response [Doc. 36].  Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered Plaintiff's Objection and has made a *de novo* determination of the portions of the Recommendation to which Plaintiff objects.  After careful consideration, however, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge and, for the same reasons cited in Defendants' Response, finds that Plaintiff's Objection does not require a change in the result.  The Recommendation is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**.

SO ORDERED, this 1st day of July, 2011.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT